In the Matter of MARK S. WALLACH, as Chapter 7 Trustee for NORSE ENERGY CORP. USA, Appellant, v TOWN OF DRYDEN et al., Respondents.

Submitted April 21, 2014; decided May 1, 2014

Motion by Vicki Been et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of MARK S. WALLACH, as Chapter 7 Trustee for NORSE ENERGY CORP. USA, Appellant, v TOWN OF DRYDEN et al., Respondents.

Submitted April 28, 2014; decided May 1, 2014

Motion by Brewery Ommegang Ltd. et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

[11 NE3d 194, 988 NYS2d 121]

RICHARD N. GOLDEN, Respondent, v CITIBANK, N.A., Appellant.

Argued March 25, 2014; decided May 6, 2014